AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| France, Mary D. | Bankruptcy Court -- Middle District of Pennsylvania | 06/19/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>03/02/2017 |

**7. Chambers or Office Address**

U.S. Federal Building
228 Walnut Street
Harrisburg, PA 17108

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Shippensburg University (teaching) |
| 2. 2016 | Charles Thomas Publisher, Inc. (book royalities) |
| 3. 2016 | Northwestern Human Services of Pennsyvania (training) |
| 4. 2016 | Abraxas Youth and Family Services (training) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | 10/26/2016-10/28/2016 | San Francisco, CA | annual conference | lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Banking and Trust accts | A | Interest | J | T | | | | | |
| 2. American Express money market acct | A | Interest | M | T | | | | | |
| 3. Vanguard Capital Opportunity Fund (IRA) | A | Dividend | | | Buy (add'l) | 02/18/16 | K | | |
| 4. | | | | | Closed | 03/01/16 | L | | See Notes in Part VIII |
| 5. Vanguard Rollover IRA brokerage account (H) | | | | | | | | | |
| 6. - Vanguard Capital Opportunity Admiral CL (IRA) (mutual fund) | A | Dividend | L | T | Open | 03/01/16 | L | | |
| 7. - Vanguard PRIMECAP Core Investor CL (IRA) (mutual fund) | A | Dividend | L | T | Open | 03/01/16 | L | | |
| 8. - Vanguard Equity Income Admiral CL (IRA) (mutual fund) | C | Dividend | M | T | Open | 03/01/16 | M | | |
| 9. - PrimeCap Odyssey Growth Fund (IRA) | A | Dividend | M | T | Buy | 03/03/16 | M | | |
| 10. - Vanguard Federal Money Market Fund (IRA) | A | Dividend | N | T | Buy | 02/29/16 | N | | |
| 11. - Glenmede Large Cap Growth (IRA) (mutual fund) | A | Dividend | M | T | Buy | 03/03/16 | M | | |
| 12. - 2068 shares common Kraft Heinz Co (IRA) | B | Dividend | | | Buy | 11/15/16 | M | | |
| 13. | | | | | Sold | 12/23/16 | M | D | |
| 14. - 3039 shares common Campbell Soup Co. (IRA) | A | Dividend | | | Buy | 11/15/16 | M | | |
| 15. | | | | | Sold | 12/23/16 | M | D | |
| 16. - PowerShares QQQ ETF (IRA) | C | Dividend | N | T | Buy | 03/15/16 | M | | |
| 17. Vanguard joint brokerage account (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Capital Opportunity Admiral CL (mutual fund) | A | Dividend | K | T | Open | 03/01/16 | K | | |
| 19. - Vanguard PRIMECAP Core Investor CL (mutual fund) | A | Dividend | M | T | Open | 03/01/16 | M | | |
| 20. - Vanguard Federal Money Market Fund | A | Dividend | J | T | Open | 03/03/16 | J | | |
| 21. - Glenmede Large Cap Growth fund | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 22. - PrimeCap Odyssey Growth Fund | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 23. - PowerShares QQQ ETF | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 24. Vanguard Capital Opportunity Fund | A | Dividend | | | Closed | 03/01/16 | K | | see Notes in Part VIII |
| 25. Vanguard Wellington Fund Admiral | D | Dividend | M | T | Sold (part) | 01/28/16 | M | | |
| 26. | | | | | Sold (part) | 11/20/16 | K | | |
| 27. Vanguard PRIMECAP Core Fund (IRA) | A | Dividend | | | Closed | 03/01/16 | L | | see Notes in Part VIII |
| 28. TIAA-CREF T-C Mid-Cap Val-Rtmt | B | Dividend | | | Closed | 03/08/16 | M | | |
| 29. Vanguard PRIMECAP Core Mutual Fund | A | Dividend | | | Closed | 03/01/16 | M | | see Notes in Part VIII |
| 30. Vanguard Prime Money Market Fund | A | Dividend | | | Closed | 03/02/16 | J | | see Notes in Part VIII |
| 31. Vanguard Convertible Securities Fund | A | Dividend | | | Sold | 02/29/16 | J | | |
| 32. Vanguard Selected Value Fund | A | Dividend | | | Sold | 02/29/16 | J | | |
| 33. Vanguard Equity Income Fund (IRA) | A | Dividend | | | Sold (part) | 02/18/16 | K | | |
| 34. | | | | | Sold (part) | 02/29/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Closed | 03/02/16 | M | | see Notes in Part VIII |
| 36. Prudential Whole Life Policy | A | Dividend | J | T | | | | | |
| 37. Vanguard Social Index Fund | C | Dividend | M | T | Buy | 01/28/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transactions listed at lines 4, 24, 27, 29, 30 and 35 involved the closing of mutual fund accounts that were transferred to the same mutual funds in the two brokerage accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary D. France**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544